IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TIMOTHY NICHOLES §<br>§<br>Plaintiff §<br>v §<br>§<br>NEW HAMPSHIRE INSURANCE COMPANY §<br>and YORK CLAIMS SERVICE, INC. §<br>§<br>Defendants § | CIVIL NO: 2-06-CV-408 DF |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY came on to be heard the above numbered and styled cause, and came the Plaintiff, TIMOTHY NICHOLES and came the Defendants, NEW HAMPSHIRE INSURANCE COMPANY and YORK CLAIMS SERVICE, INC., and it was announced to the Court that the Plaintiff no longer desires to pursue this cause of action against said Defendants and that all claims asserted by Plaintiff should be dismissed with prejudice to the refiling of the same.

It is therefore ORDERED, ADJUDGED and DECREED that all claims asserted by Plaintiff herein are hereby dismissed with prejudice to the refiling of the same;

It is further ORDERED, ADJUDGED and DECREED that all costs of court are taxed against the party incurring the same;

It is finally ORDERED, ADJUDGED and DECREED that this order is intended to be a final order disposing of all parties and issues in to this case, and accordingly all relief not specifically granted herein is hereby denied.

SIGNED this __28__ day of __December__, 200_2006_.

_____
JUDGE PRESIDING

Agreed Order of Dismissal with Prejudice                                              Page 1
0287.66538 / 1005653.1

APPROVED:

_____
Clay Miller,
Attorney for Plaintiff Timothy Nicholes

_____
Aric L. Stock,
Attorney for Defendants New Hampshire Insurance Company and York Claims Service, Inc.